MATHIS *v.* W. R. GRACE & COMPANY.

No. 41326        January 11, 1960        116 So. 2d 818

*W. M. Broome,* Crystal Springs, for appellant.

*Henley, Jones & Henley,* Hazlehurst, for appellee.

HOLMES, J.

The questions and issues presented on this appeal are in all material respects the same as those presented and decided adversely to the appellant in the case of C. W. Mathis v. Great Southern Wirebound Box Company, No. 41,324, this day decided, and, therefore, under the authority of that decision, the judgment of the court below is affirmed.

Affirmed.

*McGehee, C. J.,* and *Hall, Lee* and *Kyle, JJ.,* concur.